**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: HON. RICHARD EATON, SENIOR JUDGE**

------------------------------------------------------------------------X

| | |
|---|---|
| **PERFORMANCE ADDITIVES LLC,** | : |
| **Plaintiff,** | : |
| **v.** | :    **Court No. 25-00394** |
| **UNITED STATES,** | : |
| **Defendant.** | : |

------------------------------------------------------------------ X

## <u>ORDER</u>

Upon reading and considering Plaintiff's *Motion to Modify the Court's "Cape Phase III" Order* of July 17, 2026 [ECF 10], Defendant's response thereto, and upon due deliberation, it is hereby –

ORDERED, that Plaintiff's Motion be, and hereby is, granted; and it is further –

ORDERED, that Defendant United States, in processing Plaintiff's application(s) for refunds under the Comprehensive Administration and Processing of Entries system, established by United States Customs and Border Protection, shall do so without the application of any offsets, except with advance approval of the Court.

_____

Judge

_____, 2026

New York, New York