UNITED STATES COURT OF INTERNATIONAL TRADE

PERFORMANCE ADDITIVES LLC

Plaintiff,

v.

U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,

Defendants.

Before: Richard K. Eaton, Judge

Court No. 25-00394

**ORDER**

Upon consideration of Plaintiff's Motion to Set Aside Stay, ECF No. 11, Plaintiff's Motion to Modify Court's "CAPE Phase III" Order, ECF No. 12, Defendants' Response to Plaintiff's Motion to Set Aside the Stay, ECF No. 14, and Plaintiff's unopposed Motion for Oral Argument, ECF No. 15, it is hereby

**ORDERED** that oral argument is scheduled for Wednesday, September 23, 2026, at 11:00 a.m. EDT in Courtroom 1, located at One Federal Plaza, New York, New York, 10278.

/s/ Richard K. Eaton
Judge

Dated: August 26, 2026
New York, New York