**United States Court of International Trade**
**Honorable Richard K. Eaton**

## Appearance Sheet

Docket No. Consol. 25-00394
Oral Argument
September 23, 2026
11:00 a.m.
CIT Courtroom 1
1581(i)

Performance Additives LLC,
Plaintiff,
v.
United States et al,
Defendants.

---

## Counsel

**Plaintiff**
**John Peterson**
**Sanzida Talukder**
Neville Peterson, LLP

**Defendant**
**Claudia Burke**
**Justin Miller**
U.S. Department of Justice
**Paula Smith**
**Taylor Bates**
U.S. Customs & Border Protection