UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| PERFORMANCE ADDITIVES LLC,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,<br><br>Defendants. | Before: Richard K. Eaton, Judge<br><br>Court No. 25-00394 |

**ORDER**

Before the court are Plaintiff's Motion to Set Aside Stay, ECF No. 11; Plaintiff's Motion to Modify Court's "CAPE Phase III" Order, ECF No. 12 ("Mot. to Modify"); and Defendants' Response to Plaintiff's Motion to Set Aside the Stay, ECF No. 14. The court held oral argument on the motions today.

It is apparent from the papers and the oral argument that the issue raised in Plaintiff's motion seeking to modify the court's order, "to provide that [U.S. Customs and Border Protection] process all of Plaintiff's applications for refunds in CAPE without regard to any 'offsets,'" is not ripe for decision. Mot. to Modify, at 1; *see Texas v. United States*, 523 U.S. 296, 300 (1998) (A dispute "is not ripe for adjudication if it rests upon contingent future events that may not occur as anticipated, or indeed may not occur at all." (cleaned up)).

For this reason, the court finds that there is not good cause to lift the stay.

Accordingly, it is hereby

**ORDERED** that Plaintiff's motions are denied.

/s/ Richard K. Eaton
Judge

Dated: September 23, 2026
New York, New York